DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES R. TRABER, ESQ. (SBN 248439)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMES BUTLER, et al. | Case No.: 2:07-cv-02406-WBS-EFB |
| Plaintiffs, | **JOINT STATUS CONFERENCE STATEMENT STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| v. | |
| CITY OF SACRAMENTO, | |
| Defendants. | Date: January 14, 2008<br>Time: 2:00 p.m.<br>Dept: 5<br>Judge: Honorable William B. Shubb |

Plaintiffs Jaymes Butler et al. (hereinafter "Plaintiffs") and Defendant City of Sacramento (hereinafter "Defendant") through their respective counsel, respectfully submit the following stipulation and request:

1.   The Plaintiffs filed their original complaint in this matter on November 8, 2007. The Plaintiffs filed a First Amended Complaint on November 11, 2007. Other than as referenced below, no previous time modifications in this case were requested or granted.

2.   The Parties request that this Court continue the Initial Status Conference, presently scheduled for January 14, 2007 and continue the deadline to submit the Joint Status Report,

by thirty (30) days pursuant to Federal Rules of Civil Procedure 6(a). The continuance is requested because the parties are attempting to resolve a range of procedural and substantive issues prior to the Initial Status Conference. On or about December 26, 2007, the Parties entered into a stipulation extending time for Defendants to file an Answer to Plaintiffs' First Amended Complaint by 30 days. Prior to the Complaint being filed in this case, the parties engaged in extensive settlement negotiations. The parties are considering attending mediation in the near future, which may occur prior to date proposed for the Initial Case Management Conference. The scope of the issues to be resolved and discovery needed in this case may be substantially affected by Defendant's Answer and the outcome of any mediation session between the parties.

    3.    Good cause exists to grant the continuance because it would save the parties and the Court resources and time if the parties can resolve the foregoing issues informally. In addition, the Parties believe that the Initial Status Conference and Rule 26(f) discovery plan would be more productive once Defendant's Answer is received and any issues which may be resolved at mediation are obviated. Continuance is also appropriate because it will have only a minimal effect on the scheduling of this case.

RESPECTFULLY SUBMITTED.

Dated:_____      **MASTAGNI, HOLSTEDT, AMICK**
    **MILLER, JOHNSEN & UHRHAMMER**

_/s/_____
DAVID E. MASTAGNI

Dated:_____      **CITY ATTORNEY, CITY OF SACRAMENTO**
    **SUPERVISING DEPUTY CITY ATTORNEY**

_/s/_____
BRETT WITTER

1 ORDER

2      The Stipulation and [Proposed] Order Continuing the Status (pretrial scheduling)

3 Conference and submission of the Joint Status Report for thirty (30) days from January 14, 2008 **to**

4 **February 25, 2008 at 2:00 p.m.**, is hereby Adopted by the Court for the Case and the Parties are

5 Ordered to Comply with this Order.

6

7

8 Dated:   January 3, 2008

9

10                 WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE