UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAYMES BUTLER, et al., | NO. CIV. 07-2406 WBS EFB |
| Plaintiffs, | |
| v. | ORDER RE: MOTION TO STRIKE AFFIRMATIVE DEFENSES |
| CITY OF SACRAMENTO, | |
| Defendant. | |

----oo0oo----

Plaintiffs, over three hundred former and current employees of defendant City of Sacramento, brought this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 207-219. Plaintiffs allege defendant improperly calculated plaintiffs' "regular rate" of pay in determining overtime compensation and failed to provide retroactive overtime compensation to plaintiffs. (First. Am. Compl. ¶¶ 40-61.)

In its Answer to plaintiffs' First Amended Complaint, defendant asserts twenty affirmative defenses. (Answer to First

1

Am. Compl. 8-10.)  Plaintiffs now move to strike[1] nine of defendant's affirmative defenses: 1) "Plaintiffs are not representative of a well defined class of similarly situated people and/or lack standing to prosecute this lawsuit"; 2) "Plaintiffs did not timely or properly serve or file notice of consent to be included in the instant suit"; 3) sovereign immunity; 4) laches; 5) after-acquired evidence doctrine; 6) "Defendant properly calculated Plaintiffs' 'regular rate' of pay based upon information known to Defendant at the time such payments were disbursed"; 7) immunity from punitive damages; 8) immunity pursuant to "state and federal statutory and common law"; and 9) a reservation of rights to rely on any additional affirmative defenses supported by the facts.  (Answer to First Am. Compl. 8-10; see also id. (the nine affirmative defenses are respectively numbered as defendant's third, fourth, fifth, seventh, ninth, twelfth, seventeenth, nineteenth, and twentieth affirmative defenses).)

Because defendant has filed a statement of non-opposition to plaintiffs' motion based on "its concessions and/or [the] limitations on the scope of the allegations in this action," the court will order those nine affirmative defenses stricken.

///

---

[1] "Upon a motion made by a party . . . the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."  Fed. R. Civ. P. 12(f).  A "motion to strike is appropriate to address requested relief . . . which is not recoverable as a matter of law."  Wilkerson v. Butler, 229 F.R.D. 166, 172 (E.D. Cal. 2005).

2

1  IT IS THEREFORE ORDERED that plaintiffs' motion to
2 strike defendant's third, fourth, fifth, seventh, ninth, twelfth,
3 seventeenth, nineteenth, and twentieth affirmative defenses be,
4 and the same is, GRANTED.
5 DATED: March 14, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE