UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAYMES BUTLER, et. al.,

        Plaintiffs,                CIV. NO. S-07-02406 WBS EFB

vs.

CITY OF SACRAMENTO,            RELATED CASE ORDER

        Defendant.

_____/

MARTIN GENNUSO,

        Plaintiff,                CIV. NO. S-08-00489 FCD KJM

vs.

CITY OF SACRAMENTO,

        Defendant.

_____/

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a).  E. Dist. of Cal. Local R. 83-123(a).  The City of Sacramento is the only defendant in both actions and all of the plaintiffs in both actions are members of the Sacramento Area Firefighters' Union Local 522.  Both cases also involve substantially identical legal and factual claims by the

1  plaintiffs (i.e., Fair Labor Standards Act claims based on
2  defendants' alleged failures to properly compute plaintiffs'
3  overtime pay and to provide all compensation due as part of a
4  retroactive salary increase). Accordingly, the assignment of
5  the matters to the same judge is likely to effect a substantial
6  saving of judicial effort and is also likely to be convenient
7  for the parties.
8          The parties should be aware that relating the cases
9  under Local Rule 83-123 merely has the result that both actions
10 are assigned to the same judge; no consolidation of the actions
11 is effected. Under the regular practice of this court, related
12 cases are generally assigned to the judge and magistrate to whom
13 the first filed action was assigned.
14         IT IS THEREFORE ORDERED that the actions denominated
15 <u>Butler v. City of Sacramento</u>, Civ. No. S-07-02406 WBS EFB, and
16 <u>Gennuso v. City of Sacramento</u>, Civ. No. S-08-00489 FCD KJM, be,
17 and the same hereby are, deemed related and the case denominated
18 <u>Gennuso v. City of Sacramento</u>, Civ. No. S-08-00489 FCD KJM,
19 shall be reassigned to the Honorable WILLIAM B. SHUBB and
20 Magistrate Judge Edmund F. Brennan for all further proceedings.
21 Any dates currently set in the reassigned case <u>only</u> are hereby
22 VACATED. Henceforth, the caption on documents filed in the
23 reassigned case shall be shown as <u>Gennuso v. City of Sacramento</u>,
24 Civ. No. S-08-00489 WBS EFB.
25 ///
26 ///
27 ///
28 ///

1              IT IS FURTHER ORDERED that the Clerk of the Court
2   make appropriated adjustment in the assignment of civil cases to
3   compensate for this reassignment.
4   DATED:  May 6, 2008

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE