DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMES BUTLER, et al. | Case No.: 2:07-cv-02406-WBS-EFB |
| Plaintiffs, | **STIPULATION AND [Proposed] ORDER MODIFYING SCHEDULING ORDER** |
| v. | |
| CITY OF SACRAMENTO, | Courtroom:   5 |
| | Judge:   Honorable William B. Shubb |
| Defendants. | |

Plaintiffs Jaymes Butler et al. (hereinafter "Plaintiffs") and Defendant City of Sacramento (hereinafter "Defendant") through their respective counsel, respectfully submit the following stipulation and request:

1.   The Plaintiffs filed their original complaint in this matter on November 8, 2007. The Plaintiffs filed a First Amended Complaint on November 11, 2007. Expert disclosures are due August 25, 2008. No previous modifications of the pre-trial scheduling order were requested or granted.

2.   The parties agree that this dispute involves the proper determination of overtime

1  compensation due Plaintiffs in light of numerous pay incentives and compensations earned, including
2  a retroactive salary increases award in the fall of 2005. Due to the complexity of the payroll records
3  and calculations at issue and in the interests in minimizing expert costs, the parties have agreed to
4  instruct their accounting experts to jointly analyze the payroll records and overtime compensation of
5  several Plaintiffs chosen as a representative sample. Both parties desire to complete this analysis prior
6  to preparing expert reports, as the analysis may facilitate settlement and obviate the need to incur these
7  costs.

8      3.    The parties have agreed to submit this dispute to mediation. The parties desire to
9  complete the joint analysis in advance of mediation. Additional time is needed to conduct discovery,
10 provide needed information to the accounting experts and obtain an accounting report sufficient to
11 provide the basis of a meaningful mediation of this matter.

12     4.    The parties agree that additional time for preparation of this case is appropriate, given
13 the number and complexity of the issues, the number of parties who have an interest in the case, and
14 the forthcoming mediation. The parties anticipate this joint analysis and mediation cannot be
15 completed prior August 25, 2008. The parties anticipate participating in mediation in September or
16 October of 2008.

17     NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties:

18     1.    Good cause exists and request is made to modify the Court's Scheduling Order to
19         provide for additional time for the adequate preparation of this case by extending all
20         dates at least 120 days.

21 RESPECTFULLY SUBMITTED.

Dated: July 21, 2008                **MASTAGNI, HOLSTEDT, AMICK**
                                      **MILLER, JOHNSEN & UHRHAMMER**

                                    By:  /s/ David E. Mastagni
                                        DAVID E. MASTAGNI

| | |
|---|---|
| Dated: July 21, 2008 | **CITY ATTORNEY, CITY OF SACRAMENTO**<br>**SR. DEPUTY CITY ATTORNEY** |

By: /s/ Sheri M. Chapman
SHERI M. CHAPMAN

<u>ORDER</u>

Good cause appearing, it is hereby ORDERED that the current dates set forth in the Court's scheduling order issued February 15, 2008 are hereby VACATED and reset as follows:

1. Plaintiff shall disclose expert and produce reports no later than: **12/29/2008**;
2. Defendant shall disclose expert and produce reports no later than: **1/29/2009**;
3. Experts shall be disclosed and reports produced no later than **2/27/2009**;
4. All discovery shall be completed no later than **5/29/2009**;
5. Motions shall be filed no later than by **7/23/2009**;
6. Final Pretrial Conference is continued to **10/19/2009 at 2:00 pm**;
7. Jury Trial is continued to **12/8/2009 at 9:00 am**.

Dated: July 22, 2008

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE