1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARTIN GENNUSO | ) CASE NO.:2:08-cv-00489-WBS-EFB |
|---|---|
| | ) |
| | ) (Related Case: 2:07-cv-02406-WBS-EFB) |
| Plaintiff, | ) |
| | ) **STIPULATION FOR CONSOLIDATION OF** |
| v. | ) **CASES; ORDER** |
| | ) |
| CITY OF SACRAMENTO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

WHEREAS, on November 8, 2007 a related case styled *Butler v. City of Sacramento*, Eastern District Case Number 2:07-cv-02406-WBS-EFB (hereinafter "*Butler*") was filed.

WHEREAS, the parties stipulate and agree that common questions of law and fact exist as contemplated by Fed. R. Civ. P. 42.

WHEREAS, Plaintiff has filed a civil case cover sheet indicating this case is related to the *Butler* matter.

WHEREAS, on May 6, 2008, the Honorable Judge William B. Shubb deemed both cases related, and ordered this case reassigned to the Honorable Judge William B. Shubb and Magistrate

1  Judge Brennan for all further proceedings.

2      WHEREAS, both actions involve similar questions of fact and law and their assignment to the
3  same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort.

4      WHEREAS, the parties stipulate and agree the interests of judicial economy and equity would
5  be served by consolidation of this matter with *Butler*.

7  NOW THEREFORE, IT IS HEREBY STIPULATED:

8      1. The case of *Gennuso v. City of Sacramento*, Eastern District Case No.:2:08-cv-00489-WBS-
9  EFB, should be consolidated with the case of *Butler v. City of Sacramento*, Eastern District Case
10  No.:2:07-cv-02406-WBS-EFB.

11      2. *Butler v. City of Sacramento* should be the primary case.

12      3. The scheduling order presently in effect for *Butler v. City of Sacramento* should likewise be
13  applied to *Gennuso v. City of Sacramento.*

16  Dated:   8-5-08        **MASTAGNI, HOLSTEDT, AMICK,**
                           **MILLER, JOHNSEN & UHRHAMMER**

18                         By: /s/
19                              DAVID D. KING
                                Attorney for Plaintiffs

20  Dated:   8-5-08        **EILEEN M. TEICHERT**
21                         **City Attorney**

23                         By:/s/
                                SHERI M. CHAPMAN
                                Sr. Deputy City Attorney

                           Attorneys for Defendant
                           CITY OF SACRAMENTO

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GENNUSO | CASE NO.:2:08-cv-00489-WBS-EFB |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING CASES** |
| CITY OF SACRAMENTO, | |
| Defendant. | |

It is hereby ordered that the case of *Butler v. City of Sacramento*, Eastern District Case No.:2:07-cv-02406-WBS-EFB, as primary case, be consolidated with the case of *Gennuso v. City of Sacramento*, Eastern District CaseNo.:2:08-cv-00489-WBS-EFB, and that *Gennuso v. City of Sacramento* shall adopt the scheduling order of *Butler v. City of Sacramento*. The Scheduling Conference currently set on August 25, 2008 in 2:087-cv-00489-WBS-EFB is vacated.

Date: August 7, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE