1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,
   MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 JAYMES BUTLER, et al.            ) Case No.: 2:07-cv-02406-WBS-EFB; &
                                    )
12                                  ) Consolidated Case:  2:08-CV-489-WBS-EFB
                                    )
13             Plaintiffs,          ) **STIPULATION AND [Proposed] ORDER
                                    ) MODIFYING SCHEDULING ORDER**
14      v.                          )
                                    )
15                                  )
                                    )
16 CITY OF SACRAMENTO,              )
                                    ) Courtroom:   5
17                                  ) Judge:       Honorable William B. Shubb
                                    )
18             Defendants.          )
                                    )
19 _____  )

20

21

22

23      Plaintiffs Jaymes Butler et al. (hereinafter "Plaintiffs") and Defendant City of Sacramento

24 (hereinafter "Defendant") through their respective counsel, respectfully submit the following stipulation

25 and request:

26      1.    The Plaintiffs filed their original complaint in this matter on November 8, 2007. The

27 Plaintiffs filed a First Amended Complaint on November 11, 2007.

28      2.    Parties previously stipulated to modify the Court's Scheduling Order. On July 22, 2008,

1  the Honorable William B. Shubb ordered that all dates be extended by at least 120 days.

2      3.    Plaintiffs' Expert Disclosures are now due December 29, 2008.  Defendants' Expert Disclosures are now due January 29, 2009.

    4.    The parties agree that this dispute involves the proper determination of overtime compensation due Plaintiffs in light of numerous pay incentives and compensations earned, including a retroactive salary increases award in the fall of 2005.  Due to the complexity of the payroll records and calculations at issue and in the interests in minimizing expert costs, the parties have agreed to instruct their accounting experts to jointly analyze the payroll records and overtime compensation of several Plaintiffs chosen as a representative sample.  Both parties desire to complete this analysis prior to preparing expert reports, as the analysis may facilitate settlement and obviate the need to incur these costs.

    5.    The parties have agreed to submit this dispute to mediation, currently scheduled for December 1, 2008.  The parties desire to complete the joint analysis in advance of mediation.

    6.    The parties agree, given the number and complexity of the issues, that additional time will be needed to prepare experts' disclosures, if mediation if unsuccessful or if parties agree to continue mediation to a later date. Additional time will be needed to conduct further discovery, provide needed information to the accounting experts and obtain accounting reports sufficient to properly prepare for this case.

NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties:

1. Good cause exists and request is made to modify the Court's Scheduling Order to provide for additional time for the adequate preparation of this case by extending all dates at least 90 days.

RESPECTFULLY SUBMITTED.

///

///

1  Dated: October 10, 2008               **MASTAGNI, HOLSTEDT, AMICK**
2                                        **MILLER, JOHNSEN & UHRHAMMER**
3
4                                        By:  /s/ David E. Mastagni
                                              DAVID E. MASTAGNI
5
6  Dated: October 10, 2008               **CITY ATTORNEY, CITY OF SACRAMENTO**
7                                        **SR. DEPUTY CITY ATTORNEY**
8
9                                        By:  /s/ Sheri M. Chapman
                                              SHERI M. CHAPMAN
10
11
## ORDER
12
Good cause appearing, it is hereby ORDERED that the current dates set forth in the Court's modified scheduling order issued July 22, 2008 are hereby VACATED and reset as follows:

1. Plaintiffs shall disclose experts and produce reports no later than: 3/30/2009
2. Defendant shall disclose experts and produce reports no later than: 4/29/2009
3. Experts shall be disclosed and reports produced no later than: 5/27/2009
4. All discovery shall be completed no later than: 8/31/2009
5. Motions shall be filed no later than by: 10/23/2009
6. Final Pretrial Conference is continued to: 1/25/2010 at 2:00 p.m.
7. Jury Trial is continued to: 3/9/2010 at 9:00 a.m.

Counsel for the parties shall inform the court promptly if this matter is resolved by mediation.

Dated:  October 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [Proposed] ORDER MODIFYING SCHEDULING ORDER

3                                        *Butler, et al. v. City of Sacramento*