1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 JAYMES BUTLER, et al.                ) Case No.: 2:07-cv-02406-WBS-EFB; &
                                        )
12                                      ) Consolidated Case: 2:08-CV-489-WBS-EFB
                                        )
13              Plaintiffs,             )
                                        )
14      v.                              ) **STIPULATION AND [Proposed] ORDER**
                                        ) **MODIFYING SCHEDULING ORDER**
15                                      )
                                        )
16 CITY OF SACRAMENTO,                  )
                                        )
17                                      )
                                        ) Courtroom:   5
18              Defendants.             ) Judge:       Honorable William B. Shubb
                                        )
19 _____ )

20

21

22      Plaintiffs Jaymes Butler et al. (hereinafter "Plaintiffs") and Defendant City of Sacramento

23 (hereinafter "Defendant") through their respective counsel, respectfully submit the following stipulation

24 and request:

25      1.   The Plaintiffs filed their original complaint in this matter on November 8, 2007. The

26 Plaintiffs filed a First Amended Complaint on November 11, 2007.

27      2.   Parties have previously stipulated to modify the Court's Scheduling Order. The

28 Honorable William B. Shubb ordered that all dates be extended by at least 120 days on July 22, 2008,

STIPULATION AND [Proposed] ORDER MODIFYING SCHEDULING ORDER

1                                       *Butler, et al. v. City of Sacramento*

and again by at least 90 days, on October 25, 2008..

4. Plaintiffs' Expert Disclosures are now due March 30, 2009.  Defendants' Expert Disclosures are now due April 29, 2009.

5. The parties agree that this dispute involves the proper determination of overtime compensation due Plaintiffs in light of numerous pay incentives and compensations earned, including a retroactive salary increases award in the fall of 2005.  Due to the complexity of the payroll records and calculations at issue and in the interests in minimizing expert costs, the parties have agreed to instruct their accounting experts to jointly analyze the payroll records and overtime compensation of several Plaintiffs chosen as a representative sample.  Both parties desire to complete this analysis prior to preparing expert reports, as the analysis may facilitate settlement and obviate the need to incur these costs.

6. On or about December 9, 2008, Plaintiffs offered a Proposal for Settlement of the above-titled case.  Defendant indicated it would take the Proposal under consideration.

7. The parties' mediation was scheduled for January 28, 2009.  Mediation briefs were due January 23, 2009.

8. On January 23, 2009, Defendant's counsel proposed to Plaintiffs' counsel to continue the mediation to a later date while Defendant continued to consider Plaintiffs' Proposal for Settlement.  Plaintiffs agreed.

9. Subject to the mediator's schedule, parties anticipate mediation will commence in March, 2009.

10. The parties agree that modifying the scheduling order is needed to allow additional time to complete mediation and facilitate possible settlement of this case. The requested modification is necessary to allow the parties to avoid costs without prejudicing either party during the pendency of mediation.

///

1    11.    The parties further agree that additional time for preparation of this case is appropriate, given the number and complexity of the issues. Additional time to conduct formal discovery will be needed in the event mediation fails, as formal discovery has been suspended pending the conduct and conclusion of mediation.

NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties:

1.    Good cause exists and request is made to modify the Court's Scheduling Order to provide for additional time for the adequate preparation of this case by extending all dates at least 90 days.

RESPECTFULLY SUBMITTED.

Dated: February 6, 2009          **MASTAGNI, HOLSTEDT, AMICK**
                                 **MILLER, JOHNSEN & UHRHAMMER**


By: /s/ David E. Mastagni
DAVID E. MASTAGNI


Dated: February 6, 2009          **CITY ATTORNEY, CITY OF SACRAMENTO**
                                 **SR. DEPUTY CITY ATTORNEY**


By: /s/ Sheri M. Chapman
    SHERI M. CHAPMAN

STIPULATION AND [Proposed] ORDER MODIFYING SCHEDULING ORDER

3                           *Butler, et al. v. City of Sacramento*

# [~~PROPOSED~~] ORDER

Good cause appearing, it is hereby ORDERED that the current dates set forth in the Court's modified scheduling order issued October 25, 2008 are hereby VACATED and reset as follows:

| | |
|---|---:|
| 1. Plaintiffs shall disclose experts and produce reports no later than: | 6/29/2009 |
| 2. Defendant shall disclose experts and produce reports no later than: | 7/27/2009 |
| 3. Experts shall be disclosed and reports produced no later than: | 8/27/2009 |
| 4. All discovery shall be completed no later than: | 10/1/2009 |
| 5. Motions shall be filed no later than by: | 11/23/2009 |
| 6. Final Pretrial Conference is continued to: | 5/3/2010 at 2:00 p.m. |
| 7. Jury Trial is continued to: | 6/15/2010 at 9:00 a.m. |

Dated:   February 9, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE