DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
DAVID D. KING, ESQ. (SBN 252074)
ISAAC S. STEVENS, ESQ. (SBN 251245)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMES BUTLER, et al. | Case No.: 2:07-cv-02406-WBS-EFB; & |
| Plaintiffs, | Consolidated Case: 2:08-CV-489-WBS-EFB |
| v. | |
| | **STIPULATION TO DISMISS PLAINTIFF ANDREW WATT; [PROPOSED] ORDER** |
| CITY OF SACRAMENTO, | |
| Defendants. | |
| | Courtroom:  5 |
| | Judge:  Honorable William B. Shubb |

Plaintiffs Jaymes Butler et al. (hereinafter "Plaintiffs") and Defendant City of Sacramento (hereinafter "Defendant") through their respective counsel, respectfully submit the following stipulation and request:

1. ANDREW WATT is identified as a plaintiff in the above-titled action.

2. After careful review of documents, it was discovered that ANDREW WATT is not, and was never, a plaintiff in the instant action, and that the name of "ANDREW WATT" was inadvertently included as a plaintiff through a documentation error.

///

1  NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties:

2  1. The name of "ANDREW WATT" should be stricken from the record as a Plaintiff in the above-entitled action.

3  2. Claims brought in the name of "ANDREW WATT" set forth in the instant action should be dismissed without prejudice.

4  3. Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

RESPECTFULLY SUBMITTED.

Dated: June 22, 2009            **MASTAGNI, HOLSTEDT, AMICK MILLER, JOHNSEN & UHRHAMMER**

By:  /s/
DAVID D. KING
Attorney for Plaintiffs

Dated: June 22, 2009            **CITY ATTORNEY, CITY OF SACRAMENTO**

By:  /s/
BRETT M. WITTER
Attorney for Defendant

1 **ORDER**

2     **IT IS SO ORDERED.**

Dated: June 26, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE